UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITICAPITAL COMMERCIAL CORP.,

Plaintiff,

v.

M/V EXECUTIVE EXPLORER, Official No. 697964, her engines, machinery, furnishings, equipment, tackle, apparel appurtenances, freights, etc., *in rem*,

Defendant.

CASE NO. C06-138C

ORDER

This matter comes before the Court on the motions to intervene filed by Harbor Enterprises, Inc. d/b/a Petro Marine Services ("Petro Marine") (Dkt. No. 14) and Delta Western Inc. ("Delta Western") (Dkt. No. 17). Having fully reviewed the motions, together with all the papers filed regarding the motions and the remainder of the Court's files and the record in this matter, the Court finds and rules as follows.

Both motions are unopposed. Federal Rule of Civil Procedure 24(a) and Local Admiralty Rule 131 govern these motions.

Petro Marine is hereby GRANTED leave to intervene as a Plaintiff-Intervenor and to file and serve its Verified Complaint in Intervention (*see* Dkt. No. 14) lodged with its motion.

ORDER – 1

1    Delta Western is hereby GRANTED leave to intervene as a Plaintiff-Intervenor and to file and
2 serve its Verified Complaint in Intervention (To Foreclose Maritime Lien *In Rem*) (*see* Dkt. No. 17)
3 lodged with its motion.
4    Pursuant to Local Admiralty Rule 131(d), the Clerk is hereby DIRECTED to deliver uncertified
5 copies of (1) this Order permitting intervention by Petro Marine and Delta Western and (2) copies of the
6 Verified Complaints in Intervention, after such complaints are properly filed on the Court's Docket in this
7 matter, to the marshal who shall deliver the copies to the custodian of the property upon the parties'
8 payment of applicable fees.  The parties in intervention are reminded that they are responsible for all filing
9 fees and marshal fees associated with intervention and for ensuring service.
10   DATED this 27th day of March, 2006.

                                    */s/ James L. Robart*
                                    United States District Judge

ORDER – 2